OAKLEY WEEKS, Appellant, *v.* BENO B. GATTELL, as Executor of HENRY M. WHITEHEAD, deceased, et al., Respondents, and COUNT W. WEEKS, Appellant.

*Weeks* v. *Gattell,* 125 App. Div. 402, affirmed.
(Argued December 1, 1908; decided December 15, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 23, 1908, which affirmed a judgment of Special Term in an action to determine the title to a certain fund.

*John M. Perry* for appellants.

*Thaddeus D. Kenneson, Arthur M. Johnson* and *J. Albert Zimmermann* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.

---

MICHAEL GIENTY, Appellant, *v.* KNIGHTS OF COLUMBUS, Respondent.

Reported below, 126 App. Div. 934.
(Submitted December 7, 1908; decided December 15, 1908.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 14, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action to recover upon a certificate of insurance.

The motion was made upon the ground that the judgment of the Appellate Division was unanimous and not appealable to the Court of Appeals.

*William P. Gregg* for motion.

*Thomas Watts* opposed.

Motion denied, with ten dollars costs.